## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BK. No. 10-16755 MDC |
| DONNA J. WADE-DESHIELDS | |
| A/K/A DONNA J. DESHIELDS | Chapter No. 13 |
| A/K/A DONNA WADE-DESHIELDS | |
| A/K/A DONNA J. WADE | |
| A/K/A DONNA DESHIELDS | |
| A/K/A DONNA WADE SHIELDS | |
| A/K/A DONNA WADE DESHIELDS | |
|     Debtor | |
| | |
| FLAGSTAR BANK F.S.B. | |
|     Movant | |
|     v. | |
| DONNA J. WADE-DESHIELDS | |
| A/K/A DONNA J. DESHIELDS | |
| A/K/A DONNA WADE-DESHIELDS | |
| A/K/A DONNA J. WADE | |
| A/K/A DONNA DESHIELDS | |
| A/K/A DONNA WADE SHIELDS | |
| A/K/A DONNA WADE DESHIELDS | |
|     Respondent | |

## CERTIFICATION OF NO ANSWER

    I counsel for the Movant, hereby certify that no answer has been served or filed to the Motion for Relief and that a Default Order may be entered granting the Movant relief from the automatic stay.

 Date: June 1, 2011

                                                         /s/ Andrew C. Bramblett, ESQUIRE
                                                         PHELAN HALLINAN & SCHMIEG, LLP
                                                         1617 JFK Boulevard, Suite 1400
                                                         One Penn Center Plaza
                                                         Philadelphia, PA 19103