United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: Donna Wade-DeShields  : Bky No 10-16755-mdc

Debtor  : Chapter 13

### Certification of No Oposition

The undersigned counsel for the debtor hereby certifies that more than 21 days have elapsed from service upon counsel's Application for Allowance of Counsel Fees, and that no creditor or any other party in interest has served upon counsel for debtor an answer, objection responsive pleading or request for hearing.

    s/Lawrence S. Rubin
    Lawrence S. Rubin, Esquire
    Attorney for the debtor(s)
    337 West State Street
    Media, PA 19063-2615
    (610) 565-6660
    *Fax*: (610) 565-6660

Dated: June 15, 2011

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com